**MEMORANDUM OF NON-JURY TRIAL**

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

MATTHEW MELVIN BOWERSOX (2)

*Defendant*

No. CRIM 04-18 ERIE

HEARING ON Violation of Probation

Before Judge MAURICE B. COHILL, JR.,

Christian Trabold, AUSA           ~~Thomas Patton, AFPD~~

*Appear for Plaintiff*              *Appear for Defendant*

Hearing begun 9:35   12-7-05       Hearing adjourned to _____

Hearing concluded C. A. V. 9:50 12-7-05   Stenographer Sonya Black

**WITNESSES:**

For Plaintiff:
Probation revoked. △ sentenced to 6 mo. imprisonment.

For Defendant: