IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-18E |
| | ) |
| MATTHEW MELVIN BOWERSOX, | ) |
| | ) |
| Defendant. | ) |

ORDER

The Court has received a Petition on Probation Violation for the defendant, Matthew Melvin Bowersox, and held a hearing on the matter. AND NOW, to-wit, this 7th day of December, 2005, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the defendant's probation be and hereby is revoked, and the defendant be and hereby is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 6 months.

12/7/05

Maurice B. Cohill, Jr.
Senior United States District Judge