IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-18 Erie |
| | ) |
| MATTHEW MELVIN BOWERSOX | ) |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Matthew Melvin Bowersox, 16067, Year of Birth: 1978, Caucasian, Male.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee has been sentenced in this district for violation of Title 18, United States Code, Section 472, and is presently in custody at the Erie County Prison, Erie, Pennsylvania.

4. The above case is set for a probation revocation hearing at Erie, Pennsylvania on December 7, 2005, at 10:30 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US, o=United States District Court, ou=United States District Judge
Date: 2005.12.06 16:02:18 -05'00'

_____
DATE                                    UNITED STATES DISTRICT JUDGE

cc: United States Attorney