UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 21, 2006
A-176

## No. 04-4633

UNITED STATES OF AMERICA

v.

MATTHEW MELVIN BOWERSOX, Appellant

(U.S. District Court for the Western District of PA (Erie): No. 04-cr-00018-2E)

**Present:**  **SLOVITER, McKEE and FISHER, Circuit Judges**

Motion by Appellant for Summary Affirmance pursuant to LAR 27.4.

**Response was due: 8/21/06**

/s/ Aina R. Laws
Case Manager  267-299-4957

### O R D E R

**The foregoing motion is granted.**

By the Court,

*/s/ D. Michael Fisher*
**Circuit Judge**

**Dated: October 17, 2006**
**ARL/cc: KSG; CAS**

**Certified as a true copy and issued in lieu**
**of a formal mandate on January 25, 2007**

**Teste:** /s/ Marcia M. Waldron
**Clerk, U.S. Court of Appeals for the Third Circuit**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk