OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4957

www.ca3.uscourts.gov

January 25, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

**RE: Docket No. 04-4633**
    **USA  vs. Bowersox**
     **No. 04-cr-00018-2E**

Dear Mr. Barth:

    Enclosed is a certified copy of the order in the above-entitled case(s). The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    We release herewith the certified list in lieu of the record in the case(s).

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified order is also enclosed showing costs taxed, if any.

                            Very truly yours,
                            MARCIA M. WALDRON
                            Clerk

                        By: Aina R. Laws
                            Case Manager

Enclosure

cc:
    Christine A. Sanner, Esq.
    Karen S. Gerlach, Esq.