UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 21, 2006
A-176

### No. 04-4633

UNITED STATES OF AMERICA

v.

MATTHEW MELVIN BOWERSOX, Appellant

(U.S. District Court for the Western District of PA (Erie): No. 04-cr-00018-2E)

**Present:** **SLOVITER, McKEE and FISHER, Circuit Judges**

Motion by Appellant for Summary Affirmance pursuant to LAR 27.4.

**Response was due: 8/21/06**              /s/ Aina R. Laws
                                            Case Manager  267-299-4957

**O R D E R**

**The foregoing motion is granted.**

By the Court,

*/s/ D. Michael Fisher*
**Circuit Judge**

**Dated: October 17, 2006**
**ARL/cc: KSG; CAS**