UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 21, 2006
A-176

No. 04-4633

UNITED STATES OF AMERICA

v.

MATTHEW MELVIN BOWERSOX, Appellant

(U.S. District Court for the Western District of PA (Erie): No. 04-cr-00018-2E)

Present: **SLOVITER, McKEE and FISHER, Circuit Judges**

Motion by Appellant for Summary Affirmance pursuant to LAR 27.4.

Response was due: 8/21/06

/s/ Aina R. Laws
Case Manager 267-299-4957

_____ O R D E R _____

The foregoing motion is granted.

By the Court,

/s/ D. Michael Fisher
Circuit Judge

Dated: October 17, 2006
ARL/cc: KSC, CAS

Certified as a true copy and issued in lieu of a formal mandate on 4-6-07

Teste: /s/ M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit