OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse

Telephone
267-299-4957

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

April 6, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA 16501

RE: Docket No. 04-4633
    USA vs. Bowersox
    No. 04-cr-00018-2E

Dear Mr. Barth:

   Enclosed is a certified copy of the order in the above-entitled case(s). The certified order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   We release herewith the certified list in lieu of the record in the case(s).

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified order is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Aina Laws
Case Manager

Enclosure

cc:
    Christine A. Sanner, Esq.
    Karen S. Gerlach, Esq.